Andrew M. Jacobs, Esq. (Nevada Bar No. 12787)
Timothy J. Reppucci, Esq. (Admitted *Pro Hac Vice*)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone: (520) 882-1200
Facsimile: (520) 884-1294
Email: ajacobs@swlaw.com
         treppucci@swlaw.com

John S. Delikanakis, Esq. (Nevada Bar No. 5928)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jdelikanakis@swlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE SANTOPIETRO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS POLICE DEPARTMENT OFFICERS C. HOWELL (BADGE 9634), F. LOPEZ-ROSENDE (BADGE 8864), AND K. CRAWFORD (BADGE 10050),<br><br>Defendants. | CASE NO.  2:12-cv-01648-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

Pursuant to FRCP 6 and LR 6-1, Plaintiff Michele Santopietro ("Plaintiff"), by and through her attorneys, Snell & Wilmer L.L.P., and Defendant Officers Clay Howell, Kristine Crawford, and Francisco Lopez-Rosende (collectively "Defendants"), by and through their attorneys, Marquis Aurbach Coffing, hereby submit the following Stipulation and Order for Extension of Time to File Oppositions to Motions for Summary Judgment to extend by 11 days the time for filing responses to the motions for summary

1

1  judgment filed on December 9, 2013.

## I. REASONS FOR THE REQUESTED EXTENSION

Pursuant to FRCP 6 and LR 6-1, the parties submit that good cause exists for the extension requested above for the following reasons:

Both parties have filed complex motions for summary judgment that will require thorough responses, and the due dates for responses fall during the holiday season when counsel's availability is limited. The parties believe that additional time for responses to the summary judgment motions will allow both sides to thoroughly explore each of the causes of action in this case and the constitutional issues they pose. The parties believe that a thorough exploration of the issues by both sides will assist in narrowing which issues need to be addressed by this Court both at the summary judgment phase and at trial.

## II. PROPOSED DATE FOR OPPOSITION MOTIONS

Current Date: January 2, 2014

Requested Date: January 13, 2014

Submitted December 13, 2013.

MARQUIS AURBACH COFFING          SNELL & WILMER L.L.P.

/s/ Nick D. Crosby, Esq.                    /s/ Timothy J. Reppucci
Nick D. Crosby, Esq.                         Andrew M. Jacobs (NV Bar No. 12787)
Nevada Bar No. 8996                       Timothy J. Reppucci (Admitted *Pro Hac Vice*)
10001 Park Run Drive                      SNELL & WILMER L.L.P.
Las Vegas, Nevada 89145              One South Church Avenue, Suite 1500
*Attorney(s) for Defendants*            Tucson, Arizona 85701-1630

John S. Delikanakis (NV Bar No. 5928)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Plaintiff*

2

## **ORDER**

IT IS SO ORDERED.

DATED December 17, 2013.

_____
UNITED STATES DISTRICT JUDGE

3