Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: kdove@swlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michele Santopietro, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Las Vegas Police Department Officers C. Howell (Badge 9634), F. Lopez-Rosende (Badge 8864), and K. Crawford (Badge 10050),<br><br>Defendants. | CASE NO.   2:12-cv-01648-JCM-PAL<br><br>**JOINT MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

The Parties, by and through their respective counsel, jointly move to modestly extend the deadline to file a joint pretrial order pursuant to the Court's March 25, 2024 Minute Order [ECF No. 84] from Thursday, April 4, 2024 to and including Wednesday, April 10, 2024. This Motion is based upon the Memorandum of Points and Authorities below, the papers on file, and any oral argument that the court chooses to hear.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.      INTRODUCTION**

Pursuant to the Court's March 25, 2024 Minute Order [ECF No. 84], the current deadline to file a joint pretrial order is April 4, 2024. The Parties seek additional time of three additional court days to prepare the joint pretrial order up to and including April 10, 2024. This request is supported by good cause and is not for the purpose of delay. Counsel appreciates that

the Court has already allowed an extension and represent that they do not intend to seek additional time beyond what is sought in the instant request.

## II. ARGUMENT

The decision to grant an extension or continuance is within the sound discretion of the trial court. *F.T.C. v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001). Federal Rule of Civil Procedure 6(b)(1) provides that when an act must be done within a specified time, the Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." This Court should grant the Parties' Motion because their request is reasonable and supported by good cause.

Specifically, undersigned counsel continue to work in cooperation to prepare the joint pretrial order. Defendant's counsel was out of the country for planned travel from March 25 through April 1, and Plaintiff's counsel was ill for approximately ten days and then engaged in an out-of-state deposition that unexpectedly went into an unplanned, additional day. The Order has taken Plaintiff's counsel more time to prepare than initially expected, as she was not involved in the litigation or discovery before the matter was appealed, and the attorney previously handling the matter is no longer with the firm. The requested extension will not affect any other deadlines or hearings, as no other deadlines or hearings have been set.

///

///

///

///

///

///

### III. CONCLUSION

Again, the parties take seriously the current deadlines and for that reason are requesting less than an additional week to complete this task, and represent, as noted above, that they do not plan to seek any further extension of this deadline. The Parties make this request in good faith and not to delay these proceedings. Therefore, the Parties respectfully request that the Court grant this Motion, and allow the Parties until April 10, 2024, in which to file a joint pretrial order.

DATED: April 5, 2024.

| | |
|---|---|
| SNELL & WILMER L.L.P. | MARQUIS AURBACH |
| */s/ Kelly H. Dove* | */s/ Nick D. Crosby* |
| Kelly H. Dove, Esq. | Nick D. Crosby, Esq. |
| Nevada Bar No. 10569 | Nevada Bar No. 8996 |
| 3883 Howard Hughes Parkway, Suite 1100 | 10001 Park Run Drive |
| Las Vegas, Nevada 89169 | Las Vegas, NV 89145 |
| Telephone (702) 784-5200 | Telephone (702) 382-0711 |
| Facsimile (702) 784-5252 | Facsimile (702) 382-5816 |
| | Email: ncrosby@maclaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

### ORDER

IT IS SO ORDERED.

Dated: April 5, 2024.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive Electronic Filing.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4894-3029-4708.1