Kelly H. Dove
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Santopietro, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Las Vegas Police Department Officers C. Howell (Badge 9634), F. Lopez-Rosende (Badge 8864), and K. Crawford (Badge 10050),<br><br>Defendants. | Case No. 2:12-cv-01648-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

On August 5, 2024, this Court issued a minute order directing the parties either to notify the Court that they are ready for trial or file a stipulation to continue trial no later than August 28, 2024. ECF No. 101. Consistent with that order, Plaintiff Michele Santopietro ("Plaintiff"), and Defendants, Officers Clayton Howell, F. Lopez-Rosende, and Kristine Crawford (collectively "Defendants"), by and through their respective counsel, submit the following Stipulation and Order to Continue the Trial currently scheduled for September 23, 2024.

The Parties request that the Court continue the trial to the week of November 18, 2024 or as soon thereafter as is convenient for the Court.[1]

---

[1] Both counsel are also available the weeks of December 2, 2024, December 9, 2024, and December 16, 2024.

4894-8166-8056

The Parties submit that good cause exists to grant this stipulation.

The Parties will be participating in a settlement conference on September 4, 2024 and are each hopeful that it will be successful. Under the current setting, trial is set to begin only 18 days after the settlement conference. The Parties would like to avoid expending significant effort and fees that could become unnecessary if this case were to settle on or around September 4. Additionally, as Plaintiff's counsel is pro bono, Plaintiff's counsel will not be compensated if they perform substantial work and the case settles.

Relatedly, the Parties would need to issue subpoenas before the settlement conference, and then vacate them if the case settles.

Finally, Plaintiff's counsel has another, out-of-state trial commencing the week of September 16, 2024, interfering both with preparation for this trial as well as attendance at calendar call. That trial involves a pro se litigant, has been reset several times, and is almost certainly not going to be continued.

The Parties do not wish to substantially delay this trial, which they appreciate has already been the subject of significant delay in light of the time spent on appeal. However, they agree that a modest continuance is warranted here for the reasons stated above.

The Parties therefore stipulate and agree to continue the trial to the week of November 18, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated this 16th day of August, 2024.

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Snell & Wilmer L.L.P.
    1700 South Pavilion Center Dr., Ste. 700
    Las Vegas, Nevada 89135

Dated this 16th day of August, 2024.

MARQUIS, AURBACH & COFFING

By: /s/ Nicholas D. Crosby
    Nicholas D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorney for Defendants*

**ORDER**

**IT IS ORDERED** that the jury trial in this matter is continued from September 23, 2024, to **December 16, 2024, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the calendar call is continued from September 18, 2024 to **December 11, 2024, at 1:30 p.m.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2024

Submitted by:

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Nevada Bar Number 10569
1700 South Pavilion Center Drive
Suite 700
Las Vegas, NV 89135-1865

4894-8166-8056

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive Electronic Filing.

                                     */s/ Angelique Mattox*
                                     An employee of Snell & Wilmer L.L.P.