UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE SANTOPIETRO, | Case No. 2:12-cv-01648-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS POLICE DEPARTMENT OFFICERS C. HOWELL (BADGE 9634); F. LOPEZ-ROSENDE (BADGE 8864) and CRAWFORD (BADGE 10050), | |
| Defendants. | |

A review of the docket in this matter shows mail sent to Plaintiff was returned undeliverable on three recent occasions. ECF Nos. 153, 156, 159. The Court is aware that Plaintiff's former counsel submitted her last known address as 554 E. San Jose Ave., Apt. 504, Burbank, CA 91501. ECF No. 146. However, Plaintiff apparently no longer lives at this address and has not updated her address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. The Rule requires that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff must file an updated address with the Clerk of the Court no later than **December 1, 2025**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in sanctions and, ultimately, default judgment or a recommendation to dismiss this case with prejudice.

DATED this 7th day of November, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE