**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MICHELE SANTOPIETRO,

      Plaintiff,

      v.

C. HOWELL, *et al.*,

      Defendants.

Case No. 2:12-cv-01648-RFB-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of the Honorable Magistrate Judge Elayna J. Youchah, which was entered on December 30, 2025 (ECF No. 167). Generally, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). Beforehand, a party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also LR IB 3-2(a). When written objections have been filed, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also LR IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 13, 2026. See ECF No. 167 at 4. To date, no objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

///

Therefore, **IT IS HEREBY ORDERED** the Report and Recommendation (ECF No. 167) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** Plaintiff's Second Amended Complaint (ECF No. 29) is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** Defendants' Motion to Compel (ECF No. 160) is **DENIED** as moot.

The Clerk of Court is kindly instructed to update the docket accordingly, enter judgment in favor of Defendants, and close this case. Nonetheless, the Court retains jurisdiction over this case to: (i.) resolve Defendants' pending Motion for Attorney's Fees (ECF No. 158) and (ii.) enforce compliance with its prior orders and their corresponding judgment, to the extent necessary.

**DATED:** April 2, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**